# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **MARGARET MARTINEZ, Individually and on Behalf of all Others Similarly Situated,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| **V.** ) ) | **CIVIL ACTION NO. SA-23-CA-1258-FB** |
| **HEARD & SMITH, LLP,** ) ) ) | |
| **Defendant.** ) | |

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the Agreed Stipulation and Motion to Dismiss With Prejudice (docket no. 15), filed by Plaintiff on February 23, 2024.  Plaintiff informs the Court the parties have stipulated that all disputes have been fully and finally compromised and settled, and Plaintiff therefore requests an Order dismissing this case with prejudice.  After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Dismiss With Prejudice (contained within docket no. 15) is GRANTED such that all claims, causes of action and damages asserted by Plaintiff against Defendant are DISMISSED WITH PREJUDICE as to her right to refile any part of this action.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that each party shall pay her/its own attorney's fees and costs.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this Order of Dismissal With Prejudice and Judgment is considered to be a final Order and Judgment.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any other relief by and between Plaintiff and Defendant not expressly granted herein is DENIED.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 29th day of February, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE